**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7134**

---

CHARLES TERRENCE BARLOW,

                                        Petitioner - Appellant,

        versus

STEPHEN M. DEWALT,

                                        Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (CA-01-401-5-BR)

---

Submitted:  January 31, 2002        Decided:  February 6, 2002

---

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Charles Terrence Barlow, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Terrence Barlow appeals from the district court's order dismissing his 28 U.S.C. § 2241 (1994) petition without prejudice, which the court properly construed as a 28 U.S.C.A. § 2255 (West Supp. 2001) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Barlow v. Dewalt</u>, No. CA-01-401-5-BR (E.D.N.C. filed June 12, 2001; entered June 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>